IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GAIL RICHARDS, individually and on behalf of herself and all others similarly situated<br>         Plaintiff<br><br>vs.<br><br>CLIENT SERVICES, INC.<br>         Defendant | CLASS ACTION<br><br><br><br>NO. 14-cv-1402<br><br><br>(FILED ELECTRONICALLY) |

## ORDER

AND NOW, this 31st day of March, 2015, upon the joint letter request of the parties indicating that this matter is settled in principle, subject to Court approval pursuant to Fed. R. Civ. P. 23(e), the Court sets forth the following schedule:

Plaintiff will have until May 1, 2015 to conduct any confirmatory discovery related to the proposed class settlement;

Plaintiff shall file her Motion for Preliminary Approval of Class Action Settlement by May 20, 2015.

BY THE COURT:

_____
A. RICHARD CAPUTO, U.S.D.J.