IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GAIL RICHARDS, individually and on behalf of herself and all others similarly situated<br>　　　　　　　　Plaintiff<br><br>vs.<br><br>CLIENT SERVICES, INC.<br>　　　　　　　　Defendant | CLASS ACTION<br><br>NO.  14-cv-1402<br><br>(JUDGE A. RICHARD CAPUTO)<br><br>FILED ELECTRONICALLY |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF
CLASS SETTLEMENT AND FOR APPROVAL OF
ATTORNEYS' FEES AND COSTS**

For the reasons set forth in the accompanying Memorandum, Plaintiff Gail Richards hereby seeks final approval of the Class Action Settlement preliminarily approved by this Court by Order dated May 22, 2015.  Fed. R. Civ. P. 23(e).  Notice has been provided as ordered; no objections have been received, and no Class Member has sought exclusion.  Plaintiff also moves for approval of Class Counsel fees and costs.  Fed. R. Civ. P. 23(h).

Date:  September 17, 2015　　　　　　　/s/ Cary L. Flitter
　　　　　　　　　　　　　　　　　　　CARY L. FLITTER
　　　　　　　　　　　　　　　　　　　ANDREW M. MILZ
　　　　　　　　　　　　　　　　　　　FLITTER LORENZ, P.C.
　　　　　　　　　　　　　　　　　　　450 N. Narberth Avenue, Suite 101
　　　　　　　　　　　　　　　　　　　Narberth, PA 19072
　　　　　　　　　　　　　　　　　　　(610) 822-0782

CARLO SABATINI
BRETT FREEMAN
SABATINI LAW FIRM, LLC
216 N. Blakely Street
Dunmore, PA 18512
(570) 341-9000

**Attorneys for Plaintiff and the Class**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GAIL RICHARDS, individually and on behalf of herself and all others similarly situated<br>Plaintiff<br><br>vs.<br><br>CLIENT SERVICES, INC.<br>Defendant | CLASS ACTION<br><br>NO. 14-cv-1402<br><br>(JUDGE A. RICHARD CAPUTO)<br><br>FILED ELECTRONICALLY |

## CERTIFICATE OF SERVICE

I, CARY L. FLITTER, hereby certify that a copy of Plaintiff's Motion for Final Approval of Class Settlement and for Approval of Attorneys' Fees and Costs has been electronically filed with the Clerk of Court using the CM/ECF system, which sent notification of such filing to:

Andrew Schwartz, Esquire
MARSHALL DENNEHY
WARNER COLEMAN & GOGGIN
2000 Market Street, Suite 2300
Philadelphia, PA 19103
**Attorney for Defendant**

Said document is available for viewing and downloading from the ECF system.

Date:  September 17, 2015                      */s/ Cary L. Flitter*
                                                                CARY L. FLITTER