# APPENDIX OF EXHIBITS TO MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT, FOR APPROVAL OF ATTORNEYS' FEES AND COSTS

| Exhibit # | Description of Exhibit |
|---|---|
| 1 | Settlement Agreement |
| 2 | July 22, 2013 Collection Letter |
| 3 | Affidavit of Kelly Kratz, Administrator, w/Copy of Mailed Class Notice |
| 4 | Select portions of Client Services representative Brad Franta |
| 5 | Certification of Cary L. Flitter |
| 6 | Community Legal Services September 12, 2014 Fee Schedule |
| 7 | Flitter Lorenz, P.C. Time Sheets |
| 8 | Sabatini Law Firm, LLC Time Sheets |
| 9 | Certification of Andrew M. Milz |
| 10 | Declaration of Carlo Sabatini |
| 11 | Certification of Timothy Myers |
| 12 | Declaration of Patrick Walsh |